**Dismiss and Opinion Filed June 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00104-CV**

**CORA CANADY, Appellant**
**V.**
**DALLAS CENTRAL APPRAISAL DISTRICT AND DIANNE MUNOZ,**
**Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-00649**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

After appellant failed to timely file her brief, we directed appellant by postcard dated May 4, 2022 to file her brief within ten days and cautioned her that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).


220104f.p05                                    /Robert D. Burns, III//
                                               ROBERT D. BURNS, III
                                               CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CORA CANADY, Appellant

No. 05-22-00104-CV          V.

DALLAS CENTRAL APPRAISAL
DISTRICT, DIANNE MUNOZ,
Appellees

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-00649.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.


Judgment entered this 9th day of June, 2022.